1002

[Nos. 71230-6-I; 71231-4-I;     Division One.     February 23, 2015.]
71232-2-I; 71233-1-I;
71234-9-I; 71236-5-I;
71237-3-I.

*In the Matter of the Welfare and Guardianship of*
A.N.B. ET AL.

CARLOS BENITEZ, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND
HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for Skagit
County, No. 13-7-00154-4, Susan K. Cook, J., entered No-
vember 13, 2013. *Affirmed in part, reversed in part*, and
*remanded with instructions* by unpublished opinion per
Cox, J., concurred in by Schindler and Lau, JJ.

[No. 71294-2-I.     Division One.     February 23, 2015.]

DANIEL DUFFUS, *Appellant*, v. THE CITY OF SEATTLE
DEPARTMENT OF PLANNING AND DEVELOPMENT,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 13-2-24020-3, Monica J. Benton, J., entered
December 6, 2013. *Affirmed* by unpublished opinion per
Schindler, J., concurred in by Cox and Lau, JJ.

[No. 71317-5-I.     Division One.     February 23, 2015.]

DAN ALBERTSON, *as Limited Guardian*, ET AL., *Appellants*, v.
PIERCE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 13-2-27223-7, LeRoy McCullough, J., entered
December 2, 2013. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Verellen, A.C.J., and Leach, J.